CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUN 12 2012

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| KENNETH NORMAN, | ) CASE NO. 7:11CV00315 |
| Plaintiff, | ) |
| | ) FINAL ORDER |
| vs. | ) |
| SGT. GREER, ET AL., | ) By: James C. Turk |
| | ) Senior United States District Judge |
| Defendant(s). | ) |

In accordance with the accompanying memorandum opinion, it is hereby

## ADJUDGED AND ORDERED

that defendant's motion for summary judgment for failure to exhaust administrative remedies (ECF No. 19) is **GRANTED**; plaintiff's pending motions (ECF Nos. 28, 30, 31) are **DISMISSED** as moot; and this action is stricken from the active docket of the court.

ENTER: This 12th day of June, 2012.

/s/ James C. Turk
Senior United States District Judge